STATE OF CONNECTICUT *v.* WANDA TORRES
(12290)

O'CONNELL, HEIMAN and FREEDMAN, Js.
Argued June 10—decision released June 28, 1994

*Richard S. Cramer,* with whom, on the brief, was *Brian M. O'Connell,* for the appellant (defendant).

*John A. East III,* deputy assistant state's attorney, with whom, on the brief, were *Paul E. Murray,* senior assistant state's attorney, and *James E. Thomas,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.